# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK BIRGE, et al., | Case No.  1:15-cv-01901-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO SERVE FIRST AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | (ECF No. 11) |
| Defendants. | |

Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 19, 2015.  (ECF No. 1.)  On December 21, 2015, summonses issued for the defendants in this action.  (ECF No. 5.)  On March 25, 2016, Plaintiffs filed a first amended complaint.  (ECF No. 11.)

Pursuant to Rule 4 of the Federal Rules of Civil Procedure "[i]f a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  Plaintiff has not filed a notice that the defendants in this action have been served.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs shall serve the summonses and first amended complaint in this action within thirty days from the date of service of this order; and

/ / /

1

2. Failure to comply with this order will result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **March 25, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2