# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK BIRGE, et al., | Case No. 1:15-cv-01901-LJO-SAB |
| Plaintiffs, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiffs filed this action on December 19, 2015, and did not serve the complaint in compliance with the scheduling order and Federal Rules of Civil Procedure. Accordingly, on March 28, 2016, this Court issued an order requiring Plaintiffs to serve the complaint within thirty days.

Based on the foregoing, the scheduling conference scheduled for **April 4, 2016 at 3:00 p.m.** is CONTINUED to **May 23, 2016, at 9:30 a.m.** in Courtroom 9. The parties shall file a joint scheduling report one full week prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**March 29, 2016**__

UNITED STATES MAGISTRATE JUDGE

1