UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK BIRGE, et al., | 1:15-cv-1901-LJO-SAB |
| Plaintiffs, | **ORDER ON STIPULATION TO STAY (Doc. 20)** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation (Doc. 20), the Court STAYS this case and VACATES all pending deadlines. Defendants shall have 45 days from the Ninth Circuit's mandate in *Smith v. Schwarznegger*, 15-17155, to file a responsive pleading.

IT IS SO ORDERED.

    Dated:   **May 19, 2016**           /s/ Lawrence J. O'Neill
                                                                UNITED STATES CHIEF DISTRICT JUDGE