# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANIZ, *et al.* <br><br> PLAINTIFFS, <br> v. <br> SCHWARZENEGGER, *et al.* <br><br> DEFENDANTS. | CASE NO: 1:15-cv-1063-LJO-SAB <br> CASE NO: 1:14-cv-2085-LJO-SAB <br> CASE NO: 1:15-cv-1901-LJO-SAB <br> CASE NO: 1:15-cv-0607-LJO-SAB <br> CASE NO: 1:15-cv-1369-LJO-SAB <br><br> ORDER RE STIPULATION TO CONTINUE HEARING |
| BATES, *et al.* <br><br> PLAINTIFFS, <br> v. <br> SCHWARZENEGGER, *et al.* <br><br> DEFENDANTS. | |
| BIRGE, *et al.* <br><br> PLAINTIFFS, <br> v. <br> SCHWARZENEGGER, *et al.* <br><br> DEFENDANTS. | |
| ALTAMIRANO, *et al.* <br><br> PLAINTIFFS, <br> v. <br> SCHWARZENEGGER, *et al.* <br><br> DEFENDANTS. | |
| APARICIO, *et al.* <br><br> PLAINTIFFS, <br> v. <br> SCHWARZENEGGER, *et al.* <br><br> DEFENDANTS. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' motion to dismiss in the above reference actions is CONTINUED from June 18, 2019 to **July 31, 2019, at 10:00 a.m**. in Courtroom 9;
2. Plaintiff's opposition to Defendant's motion to dismiss shall be filed on or before July 1, 2019; and
3. Defendants' reply brief, if any, shall be filed on or before July 17, 2019.

IT IS SO ORDERED.

Dated: **May 20, 2019**

_____
UNITED STATES MAGISTRATE JUDGE